*Friday, March 28, 1997*

## MOTION DOCKET

**97–565. Rulli v. Rulli.**
Mahoning App. No. 94 C.A. 134. This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' motion to consolidate this cause with Supreme Court case No. 96–249, *Rulli v. Fan Co.*, Mahoning App. No. 94 C.A. 14,

IT IS ORDERED by the court that the motion to consolidate be, and hereby is, denied.

## RECONSIDERATION DOCKET

**96–1717. Pavlides v. Niles Gun Show, Inc.**
Stark App. No. 1995CA00207. This cause came on for further consideration upon the motion of *amicus curiae*, Gun Owners Foundation, for leave to file memorandum in support of appellant's motion for reconsideration. Whereas S.Ct.Prac.R. XI(2)(C) prohibits the filing of an untimely motion for reconsideration,

IT IS ORDERED by the court, *sua sponte*, that the motion be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

**96–2143. State ex rel. Blue Cross & Blue Shield of Ohio v. Montgomery.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**97–156. In re Petition for Writ of Habeas Corpus for Baker.**
Franklin App. No. 96APD07–890. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due March 24, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.

**97–174. McLaren v. E. Galbraith Health Care Ctr.**
Franklin App. No. 96APD03–298. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due March 24, 1997, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.

*Monday, March 31, 1997*

## MISCELLANEOUS DISMISSALS

**96–740. Blue Cross & Blue Shield of Ohio v. Schmidt.**
Lucas App. No. L–94–291. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County. Upon consideration of the joint application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.